# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JASON HATCHER,** | | |
| **Plaintiff,** | | **8:26CV164** |
| vs. | | **ORDER TO SHOW CAUSE** |
| **JOSHUA RYBIN,** | | |
| **Defendant.** | | |

   The records of the Court show that on April 14, 2026, a letter (Filing No. 3) was sent to the following attorney from the Office of the Clerk directing that she obtain admittance to practice in this district and register for the Case Management/Electronic Case Filing System ("System"):

**Anna J. Clark**
LAMSON DUGAN & MURRAY LLP
10306 Regency Parkway Drive
Omaha, NE 68106

   **IT IS ORDERED** that on or before **June 4, 2026,** the attorney listed above shall either comply with the requests set forth in the letters from the Clerk of the Court or show cause by written affidavit why they cannot comply with the rules of the Court. Failure to comply with this order will result in Anna J. Clark being removed as counsel of record.

   Dated this 20th day of May, 2026.

          BY THE COURT:

          s/Michael D. Nelson
          United States Magistrate Judge

1